No. 17,251.

OLSON MANUFACTURING COMPANY, AN IDAHO CORPORATION v. CORSENTINO ET AL.

(280 P. [2d] 438)

Decided February 21, 1955.

Messrs. DENIOUS & DENIOUS, Mr. ROBERT G. SMITH, for plaintiff in error.

Mr. DAVID J. MILLER, Mr. MELVIN DINNER, Mr. RICHARD McKINLEY, for defendants in error Corsentino.

*En Banc.*

MR. JUSTICE HOLLAND delivered the opinion of the Court.

THE instant case presents the same issue which was considered and determined in Olson Manufacturing Co. v. Roberts, Olson Manufacturing Co. v. Poitz, and Olson Manufacturing Co. v. Baumgartner, decided this day; consequently our decision in those latter cases is applicable and controlling in the present litigation; accordingly, the judgment is affirmed.

MR. JUSTICE MOORE dissents.

MR. JUSTICE BRADFIELD does not participate.